No. 517.   GUY *v.* UNITED STATES.   December 13, 1939.
Order denying petition for writ of certiorari (*post,* p. 618)
ordered withheld pending the filing and determination of
a timely petition for rehearing.

No. 183.   ROTHENSIES, COLLECTOR OF INTERNAL REVE-
NUE, *v.* CASSELL, SURVIVING EXECUTOR.   December 13,
1939.   Craig Huston, Administrator d. b. n. c. t. a. of
the Estate of George F. Uber, deceased, substituted as
the party respondent in the place and stead of Linford B.
Cassell, per stipulation of counsel, on motion of *Mr. Wil-
liam R. Spofford* for the respondent.

· No. 92.   MADDEN, EXECUTOR, *v.* KENTUCKY, BY MARTIN,
COMMISSIONER OF REVENUE OF THE COMMONWEALTH OF
KENTUCKY.   December 14, 1939.   H. Clyde Reeves,
present Commissioner of Revenue of Kentucky, substi-
tuted as party appellee in the place and stead of James
W. Martin, resigned, as per stipulation of counsel, on
motion of *Mr. Leo T. Wolford* in that behalf.